In my understanding of things in the world, I don't think I've heard of or seen things in the world before. So, like Rule 16, the turning of the prosecutor under frames, the falling favorable sentence, the senterial sentence, the felony of killing, imprisonment, a planned felony, the trial, the sentence of standing, but also the pressure upon substantiation, the indiscriminately insubstantiated. So, there's this sort of unit. The phrase you define is part and parcel of what is in the prohibited request for defense, but the phrase you give is a bit different. There is, you know, the position in the prohibited request. I'm sorry, but I'm not a representative of any reading material, and that's one of the only things that you've given for us to understand. What you wanted was the interpreter, right? I mean, you're trying to be, you know, an element in the policy. What you're bringing in this prostitution is the exception, right? Number five, in our paper, I understand that you're seeking the person's formal memory to understand and perception, so that would be enforced, right? The third, and you're searching for this, but you're trying to communicate, certain communications with the city agencies. That's right. And that says, okay, we understand what we want, but there's not any internecine memory. So, for example, if you're bringing in material that may have been seized in the middle of the 15, that says that it's in the middle of the 15 or less, and you can show that you have internecine memory in there. Those are some of the things that you're seeking. So, you're seeking the source of the internecine memory. So, your intention is not to intercept internecine memory. For example, in the Ph.D. city, we have a material that we're not going to celebrate because it's still in your Ph.D. city, or we have an internecine material that we're not going to celebrate because it's not also in your Ph.D. city. My question for the general understanding is that, basically, it's going to turn to radio, and it tracks for specific dates, and all of a sudden, there is an internecine material on your recorder. I don't understand that, because I'm an internecine researcher, and so I don't know how to go on. I listened to this method. I don't know where people listen to it. I don't know how to do it. I don't have any radio material. Yes, sir. So, I hear her. You see where your situation goes. I remember her question. I have to make it clear that I'm showing you this material. I think this gives you a kind of insight into how it matters. So, I'm just wondering if you agree with me or not. Yes, sir. I agree with that. Well, it's not quite clear what's involved in the recording. Did you say it was an internecine material? Well, I think that's a good question. I think it's not clear at all, is the historic or any future time. It's just a physical composition, not the actual level of substance, of the material. I don't think that's on the record at any moment. So, I think when we were first learning about it, I don't remember anything. I don't know if there's any other evidence to start an output. I don't remember anything. No, we are much beyond the extent of what we were able to understand in the long-term here at Santa Rosa. That's quite a big sum. So, number three was the communities. And we know there's different communities because of the time. So, what I'm going to do here is that my client and I only have three or four instances. I fully discharged these cases. And, indeed, the invoice was to be released. This was on the federal authorities. They asked for some assistance. So, clearly, there was some coordination among the states. And what we did here is, So, I'm going to begin by sharing a little bit about this. And, indeed, this is just a part of what we've done since this case. So, the first thing that I need to say, I think, is the record of the historical relationship between the state's office and the U.S. Department of Justice here on the West. So, just a quick reference. So, just a quick reference if you're interested. The first one is the trigger on appropriate assistance, and the record that there should be this program. Coordination between the state and the federal government, specifically in these cases, here at Santa Rosa, since this is a special court institution. So, the creation of these files, you're going to have sources that are data-low, what was data-low? So, that's just when you decide which file files are going to go after and which ones are going to be prosecuted. But there's a solid distinction between having an area of expertise, or a sufficient file, and having a case for this. And, in addition to that, there's a... And so, on this, you're employing families who are not individuals, but you know about this inter-sovereign coordination. And, at what point is your... So, in addition to these criteria, there's also the data. So, there's the historical program. There's the article. There's also the federal intervention, which is focused on years of very close, up-to-the-minute cases. And so, that's what you're doing, because you're assisting communities, as we will see, in charge. And so, in addition to this, in addition to this, there actually are, I don't know, evidence that... evidence that there's a sort of, you're going to have a state, whether it's a state, or a state, or a state, or state, or state, or state, or state, or state,              not taking it personally, taking it personally. Right? And so we are essentially... we have an inter-sovereign system, and so essentially in this special society, for the 10th and 13th century, there's a theater that washroom, the forum, and the citizens, and so on. And so, you know, it's not a program you have to follow, but we have this, we have this, this very rare situation, which is, you know, the background of technology is in here, and you have this big, and solid, and very high-end, and current, and CCD, and current, and current, and in the middle, but that's because throughout that time, you're definitely hearing laws that are also sectarian, andлонensionsafer. Also,  chИA.  but told you for the 10th century, that this is an FCC refrigerantes, to be not the refused, to be not the bused, to be not the seized, you know, to be possessed. Oh, that's fascinating. And it varies for the taxing and procedure, and in that particular case, in zero-to-millmetres. But it wasn't... Well, she was mustn't... And accordingly, this is probably happened in the H. Just a moment. When Chris, you know, so, her attorney, Rick Charles, he pointed out to me, like, the fact that in this case, it says, well, we're just going to charge her with firearm robbery convictions. He's carrying a load of firearms in foreign stations. It's flat on the wrist, so to speak, which is a superior court. And he gets basically, so, it's what the private keys call for, and there's no questions. We're going to do what we can in this case, and we're going to get all of her sentences. And he says, that's not a violation. So, I'm just more of a prosecutor than a civil lawyer, almost. And unless, then, the law court and the agency of law and order cooperates, or any kind of agency, or any agency that has your value being violated or defined. It's not, so that we're independently equal to the institutions that surround me. They don't know that. It's quite a disastrous situation and there is an ending but, in this case, it ends with destroying the existence of the law. And this is a question of understanding and it makes as much sense as, you know, you did earlier in order to determine if you wanted to just ignore the whole issue. So, I don't quite get that you're in the order that's asked in this case. Well, I'm standing in this courtroom in the same space in the same place where a group of independent citizens, for example, concurrence on the part of the state and the federal courts when it came to introducing the rules of the  and the interior of the  court. So, I don't quite get that you're in the order that's asked in this case. I don't quite get that you're in the order that's asked in this case. So, I don't quite get that you're in the order that you're in, the interior of the independent court, when it came  introducing the rules of the and the interior of the court. Up here, my future is            about the independent court. Right now, I'm sitting right here in the court. Right now, I'm sitting    the       I'm sitting right here in the courtroom with the defendant. Right now, I'm sitting  the defendant.    sitting right    with the defendant. Right
judges: McKeown, Wardlaw, Tallman